CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 12 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

THURMAN ELMER WHITE,
    **Plaintiff,**

                                   Civil Action No. 7:15-cv-00467

**v.**
                                    <u>ORDER</u>

GERALD MCPEAK,
    **Defendant.**
                    **By:**    Hon. Jackson L. Kiser
                                 **Senior United States District Judge**

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); all pending

motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

    The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to

plaintiff and counsel of record for defendants.

    **ENTER:** This  12th  day of January, 2016.

                                        Senior United States District Judge